Case 8:18-cv-00484-DOC-KS   Document 11   Filed 03/27/18   Page 1 of 1   Page ID #:22

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

RUBEN PAUL GONZALES,

Plaintiff(s)

v.

BEST TINT AUTO CENTER, a business entity and JIN EUK PARK, an individual,

Defendant(s)

Civil Action No. 8:18-cv-00484-DOC-KS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BEST TINT AUTO CENTER
10650 Beach Blvd.
Stanton, CA 92680

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Faud Haghighi, Esq.
State Bar Number: 281724
17221 E. 17th St., Suite H
Santa Ana, CA 92705
Telephone: [714] 486-2160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/27/2018

G.HUNT

*Signature of Clerk or Deputy Clerk*

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Central District of California

Case Number: 8:18-CV-00484-DOC-KS

Plaintiff:
**Ruben Paul Gonzales**

vs.

Defendant:
**Best Tint Auto Center, et al.**

For:
Faud Haghighi, Esq.
17221 E. 17th St., Suite H
Santa Ana, CA 92705

Received by GSI to be served on **Best Tint Auto Center, A Business Entity, 10650 Beach Blvd., Stanton, CA 92680**.

I, George Sano, do hereby affirm that on the **15th day of May, 2018** at **12:00 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Summons; First Amended Complaint; Notice of Assignment of Judge; Notice as to ADR Program; Notice as to ADA Litigation; Initial Standing Order** with the date and hour of service endorsed thereon by me, to: **Jin Euk Park** as **Owner** for **Best Tint Auto Center, A Business Entity**, at the address of: **10650 Beach Blvd., Stanton, CA 92680**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

George Sano
PSC2623

GSI
360 E. 1st St., Suite 773
Tustin, CA 92780
(714) 486-3606

Our Job Serial Number: GSI-2018002486
Ref: Gonzales v Best Tint Auto Center, et al.
Service Fee: $55.00

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2h